IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01635-BNB

MICHAEL DOYLE,

    Plaintiff,

v.

M. EGELHOFF, Judge, Courtroom 11, Denver Dist. Ct.,
PROSECUTORS, i.e., the People,
STATE PUBLIC DEFENDERS,
J. SUTHERS, Attorney General,
B. OBAMA, President, and
STATE OF COLORADO,

    Defendants.

## ORDER OF DISMISSAL

On September 7, 2011, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restriction in § 1915(g).  The Court also ordered Plaintiff to pay the entire $350.00 filing fee within thirty days if he wishes to pursue his claims in this action.  The Court warned Plaintiff that the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

On September 14, 2011, Plaintiff filed a notice of appeal from the Court's order denying him leave to proceed *in forma pauperis*.  On November 21, 2011, the United States Court of Appeals for the Tenth Circuit issued an order dismissing the appeal for lack of prosecution.  The Tenth Circuit order also states that a copy of the order dismissing the appeal shall stand as and for the mandate.

Plaintiff has failed to pay the filing fee within the time allowed and he has failed to communicate with this Court in any way following dismissal of his appeal on November 21. Therefore, the action will be dismissed for failure to pay the filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to pay the filing fee as directed.

DATED at Denver, Colorado, this  13th  day of   December  , 2011.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court